IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCEY PARKER,<br><br>        Plaintiffs,<br><br>vs.<br><br>FOSTER FARMS DAIRY, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV-F-05-0270 REC DLB<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION TO FILE SECOND AMENDED COMPLAINT<br>[DOC #6] |

    Plaintiff is proceeding pro se with a civil action concerning employment discrimination in this Court. On February 24, 2005, the Court issued an Order directing plaintiff to file a second amended complaint within 30 days. On March 31, 2005, the Court granted Plaintiff's request for an extension of time to file the second amended complaint. On April 29, 2005, Plaintiff filed a second request.

    Good cause appearing therefor, plaintiff is granted thirty (30) days from the date of service of this order in which to file a second amended complaint. However, Plaintiff is warned to further extensions are not likely. Failure to comply with this order will result in a recommendation that this action be dismissed.

    IT IS SO ORDERED.

**Dated:**   **May 11, 2005**                 **/s/ Dennis L. Beck**
3b142a                                            UNITED STATES MAGISTRATE JUDGE